# UNITED STATES DISTICT COURT DISTRICT 6 OF EUGENE OREGON

6:22-CV-00182-MK

CHRISTINE HENDERSON

3130 KINSROW APT 305

EUGENE OREGON 97401

V.

LANE COUNTY CIRCUIT COURTT

125 EAST 8TH AVE EUGENE OREGON

97401

FIIRST DEFENDANT

CHARLES CALRSON, PRESIDING JUDGE

**Located in:** Lane County Public Service Building
**Address:** 125 E 8th Ave, Eugene, OR 97401
**Phone:** (541) 682-4257

SECOND DEFENDANT

DONALD E JOHNSON REPRESENTATIVE FOR MR.SWEAT AND FARMERS INSURNACE

940 WILLAMETTE ST 500

EUGENE OREGON 97401

(DURING THE COURSE OF 3 AND AHALF YEARS ADDRESS CHANGED 3 OR 4 TIMES)

THIRD DEFENDANT

JULIE ELKIENS

CANNOT LOCATE AN ADDRESS FOR HER

DURING CASE IT WAS OAKLAHOMA CITY OKLAHOMA

FORTH DEFENDENT

BASIS FOR JURISDICTION

QUI TAM -WHISTLE BLOWING ILLLEGALLY "GAGGING" TESTIMONY/PRESENTATION RELAVENT TO THE AUTOMOBILE ACCIDENT CASE FILED WITH LANE COUNTY CIRCUIT COURT. (HENDERSON V SWEAT) VIOLATING CIVIL RIGHTS/COURT PROCEEDURES/AND ALLOWING EMOTIONAL ABUSE. BREAKING THE AMERICANS WITH DISABILITY ACT BY NOT ACCOMMODATING A DISABLED PERSON.

THE AMOUNT OF IN CONTROVERSY

THE AMOUNT THE PLAINTIFFS CLAIM THAT THE DEFENDANTS OWE IS MORE TAN 75,000.00 NOT COUNTING INTEREST AND COST OF COURT.

COMPLAINTS

1

I WAS INVILVED IN A AUTOMOBILE ACCIDENT FEBRUARY 15, 2017 AND WAS TOLD THAT I HAD TO FILE A CLAIM IN COURT BEFORE TWO YEARS WERE UP. I DID FILE AND BEFORE THE TIME LIMIT EXPIRING PAYING ALL FEES FOR A JURY TRIAL.

2

I WAS UNDER MEDICAL CARE AND STILL AM UNDER MEDICAL CARE FOR MR. SWEAT TEXTING ON HIS PHONE WHILE DRIVING AND HITING MY CAR BOUNCING OFF HITTING MY CAR AGAIN BOUNCING OFF AND HITTING MY CAR A 3RD TIME AND PUSING HIT DOWN THE ROAD WHEN I HAD MY CARE AT A DEAD STOP BRAKE AND CLUTCH TO THE FLOOR! MR. SWEAT DID NOT HAVE HIS CAR UNDER CONTROL AT ALL TIMES LIKE ORGON LAW STATES MUST TAKE PLACE.

3

Mr SSWEAT WAS DRIVING DISTRACTED AS HE WAS TEXTING ON HIS PHONE WHEN HIST CAR STRUCK THE BACK END OF MY CARE NOT ONCE, NOT TWICE BUT 3 TIMES BEFORE HE FINALLY HAD IT UNDER SONTROL.

4.

MR. SWEAT SPEEDING THE MPH FOR THE AREA WAS 25 MILES AN HOUR. MR SWEAT WAS DOING TWICE IF NOT THREE TIMES THAT AMOUNT WHEN HIS CAR HIT THE BACK OF MY CAR AND BOUNCED OFF TWICE BEFORE STAYING CONNECTED THE 3RD TIME PUSHING MYACR DOWN THE ROAD SIDE WAYS.

5

JUDGE CALRSON REFUSED TO ACKNOWLEDGE ANY OF PRETRIAL REQUEST AND RESPONSES. ONLY RESPONDING TO MR. JOHNSON WHO ATTESTED TO THINGS THAT WAS NOT TRUYTH AND JUDGE CARLSON ALLOWED IT. (GIVIGN RISE TO PREJUDICE AND THE FACT JUDGE CALRSON MAY HAVE BEEN BEING PAID TO ALLOW DONALD E JOHNSON TO PREVIAL IN THIS CASE.

6

I ASKED FOR REASONALBLE ACCOMMODATIONS DUE TO THE NATURE OF THE INJURIES I SUSTATINED FROM THE WRECK AND JUDGE CALRSON DENIED THE REQUEST 3 TIMES AND THE CIRCUIT COURT DID NOT MAKE HIM GIVE THE ACCOMMODATIONS WHEN I WENT TO THEM WITH MY COMPLAINT.

7

DONALD E JOHNSON INFLICTED EMOTIONAL HARM WHEN HE CALLED SHORTLY AFTER MY BROTHERS DEATH AND HARASSED ME OVER THE PHONE...AGAIN I COMPLAINED AND THE ONLY PERSON WHO RESPONDED WAS JULIE ELKIEN SOME OTHER REPRESENTATIVE FOR FARMERS INSURANCE BY STATING ALL COMMUNICATIONS GO TO HER OFFICE BACK EAST IN OKLAHOMA CITY..

8

AFTER 5 RESCHEDULES DUE TO PANDEMIC AND DUE TO WILD FIRES WE GOT IN A COURTROOM WHERE I WAS SENT OUT OF THE COURT ROOM TO GO PAY 250 JURY TRIAL FEES WHICH CIRCUIT COURT HAD ALREADY MADE ME PAY UP FRONT. I PAID THEM AGAIN AND WHEN I CAME BACK I WAS GIVEN A PACKET OF PAPERS THAT LIMITED MY PRESENTATION TESTIMONY...THE PAPERWORK SAID I COULDNOT TALK ABOUT THE WRECK, THE INJURIES CAUSDED FROM THE WRECK, INSURANCE COVEREAGE, MY OUT OF POCKET BASICALL Y I WAS THERE FOR NOTHING...I COULD NOT SAY OR DO ANYTHING THAT PRETAINED TO THE WRECK EVEN THOUGHJ I HAD PAID ALL THE FEES TO THE COURT FOR TWO DAYS I SAT QUEITLY NOT BEING ABLE TO DO OR SAY ANYTHING WHILE MR. CARLSON AND MR. JOHNSON HELD COURT.THE JURY WAS BROUGHT IN AND AGAIN I COULD NOT SAY OR DO ANYTHING!

9

I BROUGHT THE ISSUE TO THE ATTENTIO OF THE COURT HOUSE CLERK AND AGAIN NOTHIING WAS DONE!

10

I AM NOW ACCUDING JUDGE CARLSON OF TAKING A PY OFF FOR HIS PART IN ALLOWING DONALD E JOHNSON DO WHAT HE DID OUTSIDE THE COURTROOM AND INSIDE THE COURTROOM TO ME. I REQUESTSOMEONE LOOK INTO MR. CALRSONS BANKING AND SEE IFF THERE WAS INSDEED A LARGE AMOUNT OF MEY PAID TO HIM BY FARMERS INSURANCE OR DONALD E JOHNSON OR SOMETHING OF THE SORT.

11

I HAVE CONTACTED THE OREGON BAR ABOUGHT DONALD E JOHNSON AND GOT A FORM LETTER WITH A RESPONSE SAYING THEY ARE GIVING TO A COMMITTEE TO LOOK AT AND SUPPOSEDLY ATTACHED OTHER FORMS EXTRA BUT IT WAS JUST ONE SHEET OF PAPER SO I CAN NOT SUBMITT FURTHER EVIDENCE OR EVEN COMMUNICATE WITH THE REVIEW BOARD AT THIS POINT

12

A.

OTHER IRREGULARIITIES IN THE AUTOMOBILE ACCIDENT CASE- JUDGE CHARLSON ALLOWED MR JOHNSON TO SUBMIT ATESTED DEPOSITION STATING MR. BLETCHER WAS THE DRIVER OF THE VHICLE THAT RAN INTO THE BACK OF MY CAR NOT MR. SWEAT WHEN THIS WAS POINTED OUT A MISTRIAL WAS NOT DECLARED AND JUDGE CALRSON IGNORED THIS FACT.

B.

FARMERS INSURANCE COORDINATOR PURGERED HERSLF BY SAYING THAT MR. BLETCHER WAS THE ONLY PERSON INSUREDON THIS POLICY FOR THE FIRST TWO YEARS. THAN IN THE 3RD YEAR CHANGED HER CLAIMS TO MR. SWEAT AND HIS UNCLE MR. BLETCHER SHARED AN AUTOMOBILE POLICY.

C

PLAINTIFF WAS TOLD SHE COULD NOT HAVE REPRESENTATIION FOR THE CASE AS SHE FILED IT AND THE CASE WAS ALREADY IN MOTION.

D

THE CAE WAITED 3 AND A HALF YEARS TO BE HEARD AND I WAS UNDER MEDICAL CARE THE WHOLE THREE YEARS AND THE JUDGE AND MR. JOHNSON DID NOT ALLOW ,ME TO SHARE OUT OF POCKET EXPENSES OR WHAT I WAS BEING TREATED FOR.

LANE COUNTY COURTS PREJUDICE HISTIRY OF PREVAILING CLAIMS THAT SHOW THEIR PREJUDICE TOWARDS THE PUBLIC

JUNE 2009 TO APRIL 2010

A

SEVERAL CASES INVOLVING NOVACK PROPERTIES- IN ABOUT ONE YEARS RESIDENCY THE FOLLOWING THINGS OCCURRED-NOVACK PROPERTIES BREAKING HASCA RULES AND CHANGING RNET AMOUNTS WITHOUT NOTIFICATION THAN ADDING ON LATE FEES. HAING A DAUGHTER WHO IS NOT AN ACCOUNTANT OR EVEN A HIGH SCHOOL GRADUATE HANDLING THE BOOKS-COLLECTING RENT TAKING MONEY OUT OF THAT RENT APPLYING IT TO BACK RENT THAN ADDING NEW 35.00 LATE FEES...ENDING UP 2800.00 PAID FOR A 2 BEDROOM TOWN HOUSE THAT RENTED FOR 540.00 A MONTH AND NOVACK PROERTIES WANTED TO TAKE IMMEDIATE POSSESION OF THE UNIT AND ALL ITS CONTEENTS. LANE COUNTY COURTS ALLOWED IT! I CONTACTED HOUSING AND REQUESTED I BE ALLOWED TO BREAK MY 1 YEAR LEASE AND MOVE THEY GRANTED IT. (COURT WAS AS CROOKED AS THE LANDLORD)!

NOVACK PROPERTIES WAS TOLD BY HOUSING TO REPLACE THE GARABAGE DISPOSIAL. THEY DID IT DID NOT WORK PROPERLY. I NOTIFIIED THEM AND THEY HAD TO PUT A SCEOND ONE IN AND THEY CHARGED ME 100.00 FOR LABOR...AND AGAIN THE COURTS ALLOWED IT.

NOVACK PROERTIES HAD BOTH MY VEHICLES TOWED FROM THE PROPERTY AS I COMPLAINED ABOUT A HANDYMAN SEXUAL HARASSING ME NOVACK PROPERTIES DID NOT CALL THE SPRINGFIELD POPLICE DEPARTMENT BEFORE TOWING BOTH OF THEM EITHER.IT WAS NOT UNTIL LATER I FOUND OUT THIS WAS NOVACKS DAUGHTERS BOYFRIEND WHO WAS SUPPOSE TO GET MARRIED TO HER IN TWO MONTHS BUT MY REPORTING THE UNWANTED TOUCHING DROPPOING BY UNANNOUNCED AND GETTING INTO MY VEHICLES WITHOUT PERMISSION. CAUSED A FUED TO TAKE PLACE.I TALKED EXTENSIVELY WITH TIM NOVACK ABOUT THE ISSUES AND HE WAS FULLY AWARE HIS DAUGHTER HAD ASSUMED ME AND HER BOYFRIEND WAS HAIVNG SOME TYPR OF AFFAIR WHEN I WAS COMPLAINING ABOUT HIM AND PLANNING TO PUT A RESTRAINING ORDER ON HIM. TOM AGREEED TO LET ME OUT OF THE LEASE AND HE SAID HE WOULD REFUND ALL THE DEPOSIT IF I SHAMPPOED THE FLOORS AND DID NOT PUT THE RESTRAINING ORDER AGAINST HIS SON TO BE SON IN LAW. I SHAMPOOED THE FLOORS MOVED AND DID NOT GET THE DEPOSIT BACK IN CASH. SO TO CURT AGAIN WE WENT. TOM SWITCHED OUT THE RENTAL AGREEMENT SUBMITTING ONE THAT STATED IF TENANTS TAKE THE LANDLORD TO COURT TENTANT PAYS ALL COSTS. IT WAS NOT SIGNED BY ME I CONTESTED IT AND THE JUDGE ALLOWED IT. NOVACK CHASED ME DOWN THE HALL AFTER COURT AND TRIED TO TALK TO ME I TOLD HIM TO GET AWAY FROM ME!

DEFILED BY NOVACKS HELP "RAPED OF MY RIGHTS IN COURT" WAY TO GO LANE COUNTY SMALL CALIMS COURT!

B

EMERALD PROPERTIES ISSUED A STAY OFF THE PROPERTY ORDER TO TYRONE CEICIL WELLS WHO WAS STALKING PEOPLE SEVERAL TENANTS ON THE ON THE PROPERTY. I WAS HARDLY EVER HOME WHEN HE WOULD TRY TO COME KNOCK ON MY DOOR AS I WAS AT RIVERBEND HOSPITAL AND RIVERPARK NURSINGHOME WITH MY BROTHER WHO WAS TERMIINALLY ILL. MANAGER AT EMERALD PROPERTIES WOULD GIVE ME VIOLATION NOTICES FOR HIIM BEING ON THE PROPERTY EVEN THOUGH I WAS NOT HOME AND WHEN I CONFRONTED HER SHE SAID, "YOU GET RID OF HIM' OR WE WILL GET RID OF YOU" AS I SAID I WAS NOT HOME WHEN HE WOULD COME AROUND. I WOULD CAL THE COPS AND TRY TO ENFORCE THE RESTRICTION BUT THEY WOULD ASK...WERE YOU HOME...ANSWER NO...DID HE THREATEN YOU....NO WAS HE INSIDE YOUR HOUSE OR MESSING WITH YOUR VEHICLES...ANSWER I DO NOT KNOW...WE CAN NOT DO ANYTHING....MR. GREY SERVED A 45 DAY NO CAUSE TERMINATION OF RENTAL AGREEMENT ON ME..KNOWING THAT HASCA PAID 100 PERCENT OF MY RENT AND 25.00 ON MY UNTILITIES...AND I HAD NO PLACE TO GO NO PLACE TO STORE MY FURNITURE NOTHING...I M SICK RECOVERING FROM A STROKE AND BATTLING CANCER! I WAS FORCED TO THE STREETS TO BE RAPED ASSAULTED AND THEIVED FROM. THE COURST ALLOWED MR. GREYS EVICTION OF A VICTIM OF DOMESTIC VIOLENCE/STALKING.

NOTE LANE COUNTY CIRCUIT COURT HAS OVER 5 ATTEMPTS FOR RESTRAINING ORDERS AND 3 ATTEMPTS FOR STALKINGORDERS AND NONE WERE GRANTED! I KNEW MY HOUSING WAS ON THE LINE AND I COULD NOT GET LANE COUNTY COURTS TO GRANT ME THE RELIEF I NEEDED. EVEN THOUGH MR. WELLS HAS HAD PREVIOUS STALKING ORDERS AGAINST HIM AND MULTIPLE RESTRAINING ORDERS AS WELL AS BEEN 86 FROM MULTIPLE BUSINESSES FROM AROUND TOWN.

C

THERE HAS BEEN MULTIPLE SMAILL CLAIMS CASES FILED IN THE BEHALF OF MY BROTHER AND AGAIN ALL WERE NON PREVIALING...THEY INCLUDED-MISDIAGNOSIS OF TERMINALLY ILL BY RIVERBEND HOSPITAL THAT CAUSED HIM TO BE PUT INTO A NURSINGHOME AGAINST PASSR RULE THAT LEAD TO A OVERPAYMENT OF 35000 DOLLARS THEY CHARGED HIM WITH NOT THE HOSPITAL OR THE NURINS HOME OR HAVE DHS OFFSET. OUR FATHER WAS MURDERED BY A RN WHO CONSPIRED WITH JANE ELLEN OF ODHS SO THEY COULD GET INCOMPLAINCE WITH THE PASSR RULE. AN ILLEGAL EVICTION TOOK PLACE FROM THE NURSINGHOME FOR NON PAYMENT AS JANE ELLEN CUT OFF MEDICAID AND MEDICARE PAYMENTS TO THE NURSINGHOME. OAH JUDGES TAMPERED WITH WITNESSES AND EVIDENCE TO SO THE DEPARTMENT WOULD PREVAIL AND MOVE PATRICK BACK TO A GROUP HOME THAT DIDN OT SUPPORT HIS MEDICAL NEEDS AND WHERE HE SUSTAINED LIFE THREATENING INJURY WITHIN 1 WEEK OF RESIDENCY AND THE WORKERS DID NOT SEEK MEDICAL ATTENTION. IT WAS REPORTED TO PROTECTIVE SERVICES AND DHS RESPONDED WITH SERVING A WRIT OF GARNISHMENT ON PATRICKS SSDI SAVINGS. DHS ALSO ILLEGALLLY PUT HIM IN THE FILING GROUP.

OVER 20 ATTEMPTS TO SEEK JUSTIVE HAS BEEN DONE OVER THE LAST 13 YEARS AND NOT ONE CASE WAS INFAVOR FOR THE PLAINTIFF.... Allowing Lawyers into small claims proceedings

HISTORY OF JUDGE CARLSON

MR. CALRSON WAS TURNED INTO JUDICIAL FITNESS PRIOR TO BEING IN HIS COURTROOM FOR THE AUTOBILE ACCIDENT. JUDGE CARLSO WAS ALSO THE PRESIDING JUDGE IN MANY OF MY ATTEMPTS TO GET RESTRAINING ORDERS AND STALKING ORDERS THAT NEVER GOT GRANTED AGAINST TYRONE CECIL WELLS. MR. CARLLSON SHOULD NOT HAVE PRESIDEDOVER THE AUTOMOBILE ACCIDENT COURT AS HE HAS MANY CONFLICT OF INTERESTS AGAIINST ME.

DONALD E. JOHNSON

FIRST TIME I MET HIM WAS OVER THE PHONE WHEN HE CALLED AND STARTED DRILLING ME ABOUT MY BROTHERS DEATH FROM PANDEMEIC EVEN THOUGH I HAD NOTIFIED HIM AND THE COURTS I WOULDNOT BE ATTENDING THE DEPOSITION AS WE WERE ORDERED TO STAY IN PLACE AT THAT TIME. HE BEGAN SPOUTING OFF LAW AND TELLING ME IF I DO NOT DO...THAN HE WILL....I LET HIM RAVE A FEW MINUTES THAN STARTED TALKING OVER HIME STATING...YOU DO WHAT EVER IT IS YOU THINK YOU ARE DOING...AND THAT YOU FEEL IS NECESSAY I AM HAING UP THE PHONE RIGHT NOW.

THAT SECOND TIME I MET MR. JOHNSON WAS IN A DEPOSITION DOWN TOWN AND I WAS NOT GFEELING WELL BUT I WENT ANYWAYS...UPON ARRIVING HE AND HIS STAFF WERE NOT MASKED UP AS OREDERED BY OUR GOVENOR AND HE AGAIN WAS HARRASSING ME WASTING TIME...ASKING QUESTIONS IRRELEVANT TO THE ACCIDENT LIKE WHERE I WAS BORN WHAT SCHOOLS I ATTENDED WHAT I DO FOR HOBBIES MY KIDS AGE NAMES...I REFUSED TO ANSWER...11:30 I TOLD HIM I MUST GO AS I HAVE TO RELEVIE PATRICKS STAFF HE TELLSME THAT I CANNOT GO AND THAT I HAVE A MULTI MILLION DOLLARS LAWSUIT AGAINST HIS CLIENT AND THAT I HAVE TO STAY UNTIL HE IS DONE ASKING ME QUESTIONS. I GOT UP AND I LEFT!!

I COMPLAINED ABOUT HIM AND GOT A LETTER FROM JULIE ELKIENS WHO STATES ALL COMMUNICATION MUST BE SENT TO HER OFFICE IN OKLAHOMA FROM THAT POINT FORWARD...I TOOK IT AS MR. JOHNSON WAS REMOVED FROM THE CASE AS HE WAS ABUSING HIS POWER AND POITION OF AUTHORITY AS WELL AS ABUSING A PEROSN WHO REQUESTED ACCOMMODATIONS WELL IN ADVANCE TO THE COURTHOUSE AND HIMSELF AND NEITHER GRANTED THE SHORTENED DEPOSITION TIME OR THE FACT THEY MUST PROVIDE A TIME FRAME SO I COULD PROVIDE PSW CARE FOR PATRICK WHILE THERE. AGAIN I WAS PAYING OUT OF POCKET FOR BABYSETTING TO ATTENDED AND NO ONE TOOKD THAT INTO CONSIDERATION EITHER.

AFTER 5 RESCHEDULES WE FINALLY GOT A COURT DATE AND MR. JOHSNON WAS THE LAWYER AT HAND. HE SENT ME OUT OF THE ROOM TO PAY FEES WHEN I CAM BACK HANDED ME A LIMINE AND THE REST YOU ALL NKNOW...HE CLAIMED HE HAD NO KNOWLEDGEOR ACCESS TO MY EXHIBITS I HANDED IN TO JULIE AND THE COURTS A MONTH PRIOER BUT I HAD CALLEDHIM TO GET A FAX NUMBER AND HE CLAIMED HE DID NOT HAVE ONE SO HE KNEW I WAS SUBMITTING EVIDENCE AND TO WHOM SO HE COULD TAILOR THE LIMINE TO THEM.

RELIEF

1

I WAS INVILVED IN A AUTOMOBILE ACCIDENT FEBRUARY 15, 2017 AND WAS TOLD THAT I HAD TO FILE A CLAIM IN COURT BEFORE TWO YEARS WERE UP. I DID FILE AND BEFORE THE TIME LIMIT EXPIRING PAYING ALL FEES FOR A JURY TRIAL.

REMIDY: REFUND ALL FEES PAID TIMES 3 AND WITH 9 PERCENT INTEREST.

2

I WAS UNDER MEDICAL CARE AND STILL AM UNDER MEDICAL CARE FOR MR. SWEAT TEXTING ON HIS PHONE WHILE DRIVING AND HITING MY CAR BOUNCING OFF HITTING MY CAR AGAIN BOUNCING OFF AND HITTING MY CAR A 3RD TIME AND PUSING HIT DOWN THE ROAD WHEN I HAD MY CARE AT A DEAD STOP BRAKE AND CLUTCH TO THE FLOOR! MR. SWEAT DID NOT HAVE HIS CAR UNDER CONTROL AT ALL TIMES LIKE ORGON LAW STATES MUST TAKE PLACE.

3

Mr SSWEAT WAS DRIVING DISTRACTED AS HE WAS TEXTING ON HIS PHONE WHEN HIST CAR STRUCK THE BACK END OF MY CARE NOT ONCE, NOT TWICE BUT 3 TIMES BEFORE HE FINALLY HAD IT UNDER CONTROL.

4.

MR. SWEAT SPEEDING THE MPH FOR THE AREA WAS 25 MILES AN HOUR. MR SWEAT WAS DOING TWICE IF NOT THREE TIMES THAT AMOUNT WHEN HIS CAR HIT THE BACK OF MY CAR AND BOUNCED OFF TWICE BEFORE STAYING CONNECTED THE 3RD TIME PUSHING MY CAR DOWN THE ROAD SIDE WAYS.

5

JUDGE CALRSON REFUSED TO ACKNOWLEDGE ANY OF PRETRIAL REQUEST AND RESPONSES. ONLY RESPONDING TO MR. JOHNSON WHO ATTESTED TO THINGS THAT WAS NOT TRUYTH AND JUDGE CARLSON ALLOWED IT. (GIVING RISE TO PREJUDICE AND THE FACT JUDGE CALRSON MAY HAVE BEEN BEING PAID TO ALLOW DONALD E JOHNSON TO PREVIAL IN THIS CASE

REMIDY: INVESTIGATE MR. CALRSONS BANK ACCOUNTS TO SEE IF A PAY OFF DID OCCUR.

6

I ASKED FOR REASONALBLE ACCOMMODATIONS DUE TO THE NATURE OF THE INJURIES I SUSTATINED FROM THE WRECK AND JUDGE CALRSON DENIED THE REQUEST 3 TIMES AND THE CIRCUIT COURT DID NOT MAKE HIM GIVE THE ACCOMMODATIONS WHEN I WENT TO THEM WITH MY COMPLAINT.

REMIDY: 100000 DOLLARS FINED TO COURTS AND JUDGE CARLSON FOR NOT ACCOMMODATINGA DISABLED PERSON IN THE COURT ROOM.

7

DONALD E JOHNSON INFLICTED EMOTIONAL HARM WHEN HE CALLED SHORTLY AFTER MY BROTHERS DEATH AND HARASSED ME OVER THE PHONE...AGAIN I COMPLAINED AND THE ONLY PERSON WHO RESPONDED WAS JULIE ELKIEN SOME OTHER REPRESENTATIVE FOR FARMERS INSURANCE BY STATING ALL COMMUNICATIONS GO TO HER OFFICE BACK EAST IN OKLAHOMA CITY..

REMIDY:FINED DONALD E JOHNSON 50,000.

8

AFTER 5 RESCHEDULES DUE TO PANDEMIC AND DUE TO WILD FIRES WE GOT IN A COURTROOM WHERE I WAS SENT OUT OF THE COURT ROOM TO GO PAY 250 JURY TRIAL FEES WHICH CIRCUIT COURT HAD ALREADY MADE ME PAY UP FRONT. I PAID THEM AGAIN AND WHEN I CAME BACK I WAS GIVEN A PACKET OF PAPERS THAT LIMITED MY PRESENTATION TESTIMONY...THE PAPERWORK SAID I COULDNOT TALK ABOUT THE WRECK, THE INJURIES CAUSDED FROM THE WRECK, INSURANCE COVEREAGE, MY OUT OF POCKET BASICALL Y I WAS THERE FOR NOTHING...I COULD NOT SAY OR DO ANYTHING THAT PRETAINED TO THE WRECK EVEN THOUGHJ I HAD PAID ALL THE FEES TO THE COURT FOR TWO DAYS I SAT QUEITLY NOT BEING ABLE TO DO OR SAY ANYTHING WHILE MR. CARLSON AND MR. JOHNSON HELD COURT.THE JURY WAS BROUGHT IN AND AGAIN I COULD NOT SAY OR DO ANYTHING!

REMIDY: 500 000 FOR ILLEGALLY GAGGING A PERSON AND VILATING THEIR CIVIL RIGHTS TO BE HEARD IN THE DAY OF TRAIL.

9

I BROUGHT THE ISSUE TO THE ATTENTIO OF THE COURT HOUSE CLERK AND AGAIN NOTHIING WAS DONE!

REMIDY: FINE THE COURT HOUSE IN 25000 FOR NOT TAKING ACTION IN ACCOMMODATING A DISBALED PEROSN AND IN NOT INTERVENING WHEN THEY BECAME AWARE OF WHAT WAS TAKING PLACE IN JUDGE CALRSONS COURTROOM.

10

I AM NOW ACCUSING JUDGE CARLSON OF TAKING A PAY OFF FOR HIS PART IN ALLOWING DONALD E JOHNSON DO WHAT HE DID OUTSIDE THE COURTROOM AND INSIDE THE COURTROOM TO ME. I REQUESTS SOMEONE LOOK INTO MR. CALRSONS BANKING AND SEE IF THERE WAS IS INDEED A LARGE AMOUNT OF MONEY PAID TO HIM BY FARMERS INSURANCE OR DONALD E JOHNSON OR SOMETHING OF THE SORT.

REMIDY: INVESTIGATION INTO JUDGE CARLSONS FINANCIAL AFFIARS.

11

I HAVE CONTACTED THE OREGON BAR ABOUGHT DONALD E JOHNSON AND GOT A FORM LETTER WITH A RESPONSE SAYING THEY ARE GIVING TO A COMMITTEE TO LOOK AT AND SUPPOSEDLY ATTACHED OTHER FORMS EXTRA BUT IT WAS JUST ONE SHEET OF PAPER SO I CAN NOT SUBMITT FURTHER EVIDENCE OR EVEN COMMUNICATE WITH THE REVIEW BOARD AT THIS POINT

REMEDY: PROVIDE ME WITH WHOM I AM TO CONTACT FOR THE BOARDO F LICENSING COMMITTEE AND HOW TO SUBMITT EVIDENCE AS TO WHAT MR. DONALD E JOHNSON DONE.

CERTIFICATION AND CLOSING

UNDER FREDERL RULE OF CIVIL PPROCEDURE 11, BY SIGINGING BELOW, I CERTIFY TO THE BEST OF MY KOWLEDGE, INFORMATION BELIEF THAT THIS COMPALINT (1) IS NOT BEING PRESENTED FOR AN IMPROPER PURPOSE, SUCH AS TO HARASS CUASE UNNECESSARY DELAY, OR NEELESSLY INCREASE THE COST OF LITIGATION (2) IS SUPPORTED BY EXISTING LAW OR BY A NONFIRVOLOUS ARGUMENT FOR EXTENDING, MODIFYING, OR REVERSING EXISTING LAW (3) THE FACTUAL CONENTIONS HAVE EVIDENTIARY SUPPOR OR IF SPECIFICALLY SO IDENTIFIED WILL LIKELY HAVE EVIDENCIARY SUPPORT AFTER REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY AND (4) THE COMPLAINT OTHERWISE COMPLIES WITH THE REQUIREMTNS OF RULE 11

DATED

CHRISTNE HENDERSON